In the Matter of H. L. GREEN Co., INC., Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.— Determination annulled insofar as the comptroller attempts to assess a sales tax deficiency for the period from July 1 to September 30, 1943, and otherwise confirmed, with $50 costs and disbursements to the petitioner. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Townley and Glennon, JJ., dissent and vote to confirm the determination in all respects. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOWERY SAVINGS BANK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [238–244 W. 73rd St., Borough of Manhattan.] — Orders unanimously modified by fixing assessments as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1943–44 | $140,000 | $500,000 | $640,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon. Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOWERY SAVINGS BANK et al., Respondents, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [238–244 W. 73rd St., Borough of Manhattan.] — Order unanimously modified by fixing assessments as follows:

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOTEL BELLECLAIRE CORPORATION, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [2173–2177 Broadway, Borough of Manhattan.] — Order unanimously modified by fixing the assessments as follows:

|  | Land | Building | Total |
|---|---|---|---|
| 1943–44 | $500,000 | $300,000 | $800,000 |
| 1944–45 | 500,000 | 300,000 | 800,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of HENRY C. MANDELBAUM, Petitioner, against HENRY M. BRUNDAGE, as Commissioner of the Department of Markets of the City of New York, Respondent.— Determination unanimously confirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.